**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 21 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL M. SANDOVAL, | No. 17-36027 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-05034-RBL |
| v. | |
| UNITED STATES DEPARTMENT OF THE ARMY; ARMY BOARD CORRECTION OF MILITARY RECORDS, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted August 15, 2018**

Before:     FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

Daniel M. Sandoval appeals pro se from the district court's summary

judgment in his action challenging the Army Board for Correction of Military

Records's ("ABCMR") denial of Sandoval's application for correction of his

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

military record. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's decision on cross-motions for summary judgment. *Guatay Christian Fellowship v. County of San Diego*, 670 F.3d 957, 970 (9th Cir. 2011). We affirm.

The district court properly granted summary judgment for defendants because Sandoval failed to raise a genuine dispute of material fact as to whether the ABCMR's decision to deny his application was arbitrary, capricious, or not supported by substantial evidence. *See* 5 U.S.C. § 706(2); *Guerrero v. Stone*, 970 F.2d 626, 628 (9th Cir. 1992) (setting forth standard governing judicial review of ABCMR decisions).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Sandoval's motion to supplement the record (Docket Entry No. 14) is denied.

**AFFIRMED.**